# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 821 |
| --- | --- | --- |
| | : | |
| APPOINTMENT TO JUDICIAL | : | SUPREME COURT RULES DOCKET |
| | : | |
| CONDUCT BOARD | : | |

## ORDER

**PER CURIAM**

AND NOW, this 2nd day of January, 2020, Nancy L. Clemens,* Tioga County, is hereby appointed as a member of the Judicial Conduct Board for a term of four years commencing January 20, 2020.

*Non-lawyer elector